NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FORREST MULLER,                          )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D18-2448
                                         )
STATE OF FLORIDA,                        )
                                         )
          Appellee.                      )
_____)

Opinion filed September 20, 2019.

Appeal from the Circuit Court for Manatee
County; Brian A. Iten, Judge.

Howard L. Dimmig, II, Public Defender, and
Megan Olson, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

          Affirmed.

BLACK, BADALAMENTI, and SMITH, JJ., Concur.